Salus et al. *v.* Lawrence, Secretary of Commonwealth, et al., Appellants.

Argued December 28, 1938. Before KEPHART, C. J., SCHAFFER, LINN, STERN and BARNES, JJ.

*Lemuel B. Schofield* and *James Todaro,* Deputy Attorney General, with them *Guy K. Bard,* Attorney General, and *J. Dress Pannell,* for appellants.

*Marshall H. Morgan,* with him *Earl V. Compton,* for appellees.

PER CURIAM, December 31, 1938:

The five Judges who heard these appeals all agree that they must be dismissed. We have held in a number of cases that: "While the granting or refusal of a preliminary injunction is the subject of appeal, yet in such case we refrain from a discussion of the merits of the litigation and merely determine whether, under the facts presented in the court below, there was a reasonable ground

for its action": *Holden v. Llewellyn et al.,* 262 Pa. 400, at pp. 402 and 403.*

The questions involved come from the Election Code of June 3, 1937, P. L. 1333, and we find that the court below had "reasonable ground for its action."

Appeals dismissed.

* See also: *Gemmell et al. v. Fox et al.,* 241 Pa. 146, 151; *Sunbury Boro. v. Sunbury & S. R. Co.,* 241 Pa. 357, 359; *Hoffman v. Howell,* 242 Pa. 112, 114; *Deal v. Erie Coal & Coke Co.,* 246 Pa. 552, 555; *Brock v. Atlantic Refining Co.,* 268 Pa. 231, 233; *Casinghead Gas Co. v. Osborn,* 269 Pa. 395, 397; *Com. v. Katz,* 281 Pa. 287, 288; *Lesher v. Gassner Co.,* 285 Pa. 43, 44; *Howard v. Goodnough et al.,* 292 Pa. 547, 550; *Hoffman v. J. & S. Ry. Co. et al.,* 309 Pa. 183; *Harrisburg Dairies, Inc., v. Eisaman et al.,* 328 Pa. 195, 197.